UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KINDER MORGAN
OPERATING LP "C", a
Delaware limited partnership,

    Plaintiff,

v.                              Case No.:8:10-cv-00387-EAJ

LA ASH, INC., a Louisiana corporation,

    Defendant.
_____/

## ANSWER TO DEFENDANT'S COUNTERCLAIM

Plaintiff, Kinder Morgan Operating LP "C" ("Kinder Morgan"), answers the allegations in the Counterclaim filed by the Defendant and states as follows:

1. Without knowledge.
2. Without knowledge.
3. Admitted.
4. Admitted.
5. Without knowledge.
6. Neither admitted nor denied. A copy of the contract is attached to the Complaint as Exhibit A and speaks for itself.
7. Denied.
8. Admitted that an ash sample was sent to the Plaintiff.
9. Denied.
10. Denied.
11. Denied.

{BC00000559:1}

12. Denied.

## AFFIRMATIVE DEFENSES

For its First Affirmative Defense, Plaintiff states that LA Ash's Counterclaim is barred by the Doctrine of Accord and Satisfaction as this matter has been settled between the parties in accordance with the terms of the First Amendment to Storage Handling Agreement attached to the Complaint as Exhibit B.

For its Second Affirmative Defense, Plaintiff states that the Counterclaim is barred by the Doctrine of Estoppel. Defendant, LA Ash entered into the First Amendment to Storage and Handling Agreement and is thereby estopped from bringing the breach of contract claim as alleged in this Counterclaim.

For its Third Affirmative Defense, Plaintiff states that the Counterclaim must be dismissed as it fails to state a cause of action for breach of contract. Namely, the Complaint fails to allege that there was a valid contract between the parties, that such contract was breached and that damages flowed from the alleged breach of contract.

WHEREFORE, Plaintiff, Kinder Morgan Operating LP "C", respectfully requests that this Court enter an Order dismissing the Counterclaim and entering judgment in favor of the Plaintiff.

/s/ Anthony J. Cuva
Anthony J. Cuva
Florida Bar No. 896251
BajoCuva, P.A.
100 North Tampa Street, Suite 1900
Tampa, Florida 33602
E-Mail: anthony.cuva@bajocuva.com
Telephone: (813) 443-2199
Facsimile: (813) 443-2193
Attorneys for Kinder Morgan

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 10th, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to the parties of record.

/s/Anthony J. Cuva
Attorney