UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KINDER MORGAN OPERATING LP "C".
a Delaware limited partnership,

Case No. 8:10-cv-00387-EAJ

Plaintiff,

v.

LA ASH, INC., a Louisiana corporation,

Defendant.
_____/

## NOTICE OF SETTLMENT

Pursuant to Local Rule 3.08, the counsel for Kinder Morgan Operating LP "C", advises that the above-styled case has settled and the parties will be filing a Stipulated Dismissal with Prejudice pending exchange of signed mutual releases.

/s/ Anthony J. Cuva
Anthony J. Cuva
Florida Bar No. 896251
BAJO CUVA, P.A.
100 North Tampa Street, Suite 1900
Tampa, Florida 33602
Telephone: (813) 443-2199
Facsimile: (813) 443-2193
*Attorney for Kinder Morgan Operating LP "C"*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 17, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to the parties of record.

/s/Anthony J. Cuva
Attorney

{BC00001509:1}