UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KINDER MORGAN OPERATING LP "C".
a Delaware limited partnership,

Case No. 8:10-cv-00387-JSM-EAJ

Plaintiff,

v.

LA ASH, INC., a Louisiana corporation,

Defendant.
_____/

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(2), the parties by and through undersigned counsel file their Joint Stipulation of Dismissal with Prejudice of all claims and counterclaims asserted in the above-styled lawsuit and request that this Court dismiss the above-styled cause.

/s/ Anthony J. Cuva
Anthony J. Cuva
Florida Bar No. 896251
BAJO CUVA, P.A.
100 North Tampa Street
Suite 1900
Tampa, FL 33602
Telephone: (813) 443-2199
Facsimile: (813) 443-2193
Email: anthony.cuva@bajocuva.com
*Attorney for Plaintiff*

/s/ Whilden S. Parker
Whilden S. Parker
Florida Bar No. 278858
Whilden S. Parker, Attorney at Law
2245 Preservation Green Court
Sun City Center, FL 33573
Telephone: (813) 362-5390
Email: wparker27@tampabay.rr.com
*Attorney for Defendant*